IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-42182 |
| | ) | |
| BOGDAN KOMISARUK and | ) | Chapter 7 |
| HANNA KOMISARUK, | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |
| | ) | Hearing Date: October 2, 2013 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | Room No.: 742 |

COVER SHEET FOR FIRST AND FINAL APPLICATION OF
FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

| | |
|---|---|
| Name of Applicant: | FrankGecker, LLP |
| Authorized to Provide Professional Services to: | Frances F. Gecker, Chapter 7 Trustee of the Estate of Bogdan Komisaruk and Hanna Komisaruk |
| Period for Which Compensation is Sought: | November 23, 2010 through August 31, 2013 |
| Amount of Fees Sought: | $3,760.00 |
| Amount of Expense Reimbursement Sought: | $ 31.32 |
| This is a: | First and Final Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{KOMIS/001/00028953.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-42182 |
| | ) | |
| BOGDAN KOMISARUK and | ) | Chapter 7 |
| HANNA KOMISARUK, | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |
| | ) | Hearing Date: October 2, 2013 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | Room No.: 742 |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on **October 2, 2013 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in her usual Courtroom No. 742 in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present the **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of Bogdan Komisaruk and Hanna Komisaruk, for Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you.

Dated: August 30, 2013

Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
BOGDAN KOMISARUK and
HANNA KOMISARUK

By: /s/ *Zane L. Zielinski*
      One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035

{KOMIS/001/00028953.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-42182 |
| | ) | |
| BOGDAN KOMISARUK and | ) | Chapter 7 |
| HANNA KOMISARUK, | ) | |
| | ) | Honorable Carol A. Doyle |
| Debtors. | ) | |

**FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP
AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE
BANKRUPTCY ESTATE OF BOGDAN KOMISARUK AND HANNA KOMISARUK
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee"), of the estate of Bogdan Komisaruk and Hanna Komisaruk (the "Debtors"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $3,760.00 for legal services performed as counsel to the Trustee during the period of November 23, 2011 through and including August 31, 2013 (the "Application Period") and reimbursement of expenses totaling $31.32 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

## INTRODUCTION

1. On September 21, 2010 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Frances Gecker ("Trustee") is the duly appointed and qualified Chapter 7 Trustee.

{KOMIS/001/00028953.DOC/} 2

3. The Section 341 meeting of creditors was held on November 23, 2010 (the "341 Meeting").

4. The Trustee chose Zane Zielinski and the law firm of FrankGecker LLP ("FG") as her counsel in the Case. On May 31, 2011, this Court entered an order authorizing the Trustee to retain FG as her counsel retroactive to November 23, 2010.

5. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

6. The assets of this case consisted of a cause of action arising out of a pre-petition fraudulent transfer of real property to the Debtors' son. The Trustee's investigation into the Debtors' real property interests revealed that prior to the Petition Date, the Debtors transferred their interest in Wisconsin real property to their son for no consideration. FG negotiated a settlement of the fraudulent transfer dispute with the Debtors' attorney, which resulted in a settlement agreement whereby $20,000.00 would be paid to the estate. Based on the potential sale price of the property and the potential costs of litigation, the Trustee believes that the settlement, which was approved by the Court on July 12, 2011, to be in the best interest of the creditors of the estate.

7. This Application seeks allowance of all fees and expenses incurred by FG from November 23, 2010 through and including August 31, 2013. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.  **SERVICES PERFORMED**

A.  **Administration**                                                          **$370.00**

FrankGecker spent **1.70 hours** at a cost of **$370.00** on issues relating to the administration of the bankruptcy case including correspondence with the Debtors' attorney requesting documentation and information on the Debtors' assets and finances and communications with the Trustee's accountant on issues regarding tax return requirements. FG's time in this matter also included examination of the Debtors' bank records, real property records, and information concerning post-petition funds paid by the Debtors.

B.  **Claims**                                                                   **$420.00**

FG spent **2.10 hours** at a cost of **$420.00** during the Application Period on issues relating to reviewing claims and determining the validity and extent of claims filed by creditors in this Case.

C.  **Fraudulent Transfer**                                                    **$2,900.00**

FG spent **10.0 hours** at a cost of **$2,900.00** on issues related to the pre-petition fraudulent transfer of property by the Debtors. Within this matter, FG spent time examining the Debtors' real property records and investigating the facts and circumstances of the fraudulent transfer, corresponding and communicating with the Debtors' attorney, and negotiating a resolution of the dispute in the best interest of the estate, which resulted in a settlement of $20,000.00 to the estate.

D.  **Retention of Professionals/Fee Applications**                              **$70.00**

FG spent **.20 hours** at a cost of **$70.00** on issues relating to the review of Trustee's accountant's fee petition.

## II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

<u>Zane L. Zielinski</u> (ZLZ) is an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

<u>William G. Cross</u> (WC) is a former associate at FrankGecker LLP. Mr. Cross is a 2009 graduate of Loyola University Chicago School of Law. Mr. Cross specializes in bankruptcy law and has represented trustees and creditors in bankruptcy cases.

## III.   CALCULATION OF TIME AND FEES

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from November 23, 2010 through August 31, 2013. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtors' estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **14.0 hours** providing necessary legal services for the Trustee. As a result, they request

compensation in the amount of **$3,760.00** for actual, necessary legal services performed (Exhibit A). The average hourly rate is **$268.57**. In addition, FG has expended the sum of **$31.32** for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used four categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the

amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A.  Allowing FrankGecker LLP first compensation for actual, necessary legal services in the amount of $3,760.00;

B.  Allowing Frank/Gecker LLP reimbursement of actual, necessary expenses in the amount of $31.32; and

C.  Authorizing the Trustee to pay Frank/Gecker LLP interim compensation and expense reimbursement in the total amount of $3,791.32.

Dated: August 30, 2013                              Respectfully submitted,

                                                    FRANCES GECKER, not individually but as
                                                    Chapter 7 Trustee of the bankruptcy estate of
                                                    BOGDAN KOMISARUK and
                                                    HANNA KOMISARUK

                                                    By:___/s/____Zane L. Zielinski_____
                                                            One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com