UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| KOMISARUK, BOGDAN | § | Case No. 10-42182 |
| KOMISARUK, HANNA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/02/2013 in Courtroom 742,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois   60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/30/2013              By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
KOMISARUK, BOGDAN § Case No. 10-42182
KOMISARUK, HANNA §
 §
       Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.44 |
| and approved disbursements of | $ | 190.10 |
| leaving a balance on hand of[1] | $ | 19,810.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,750.04 | $ 0.00 | $ 2,750.04 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 3,760.00 | $ 0.00 | $ 3,760.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 31.32 | $ 0.00 | $ 31.32 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,384.00 | $ 0.00 | $ 1,384.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 11.10 | $ 0.00 | $ 11.10 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.46 | $ 14.46 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

|  | Total to be paid for chapter 7 administrative expenses | $ | 7,936.46 |
|---|---|---|---|
|  | Remaining Balance | $ | 11,873.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 492,668.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 9,362.81 | $ 0.00 | $ 225.65 |
| 000002 | FIA CARD SERVICES, N.A. | $ 5,444.98 | $ 0.00 | $ 131.23 |
| 000003 | STATE FARM BANK | $ 7,741.77 | $ 0.00 | $ 186.59 |
| 000004 | CAPITAL RECOVERY IV LLC | $ 1,745.40 | $ 0.00 | $ 42.07 |
| 000005 | CAPITAL ONE,N.A | $ 123.09 | $ 0.00 | $ 2.97 |
| 000006 | CHASE BANK USA, N.A. | $ 6,376.24 | $ 0.00 | $ 153.67 |
| 000007 | CHASE BANK USA, N.A. | $ 3,259.67 | $ 0.00 | $ 78.56 |
| 000008 | AMERICAN EXPRESS BANK, FSB | $ 2,669.55 | $ 0.00 | $ 64.34 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | GE CAPITAL RETAIL BANK | $ 264.92 | $ 0.00 | $ 6.38 |
| 000010 | PNC BANK | $ 5,074.50 | $ 0.00 | $ 122.30 |
| 000011 | PNC BANK | $ 9,085.25 | $ 0.00 | $ 218.97 |
| 000012 | PNC BANK | $ 433,812.47 | $ 0.00 | $ 10,455.39 |
| 000013 | WORLD'S FOREMOST BANK | $ 7,707.36 | $ 0.00 | $ 185.76 |

Total to be paid to timely general unsecured creditors $ 11,873.88

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Bogdan Komisaruk
Hanna Komisaruk
    Debtors

Case No. 10-42182-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mmyers      Page 1 of 2      Date Rcvd: Sep 03, 2013
                 Form ID: pdf006      Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2013.

```
db/jdb    +Bogdan Komisaruk,    Hanna Komisaruk,    2253 Parkside Dr,    Park Ridge, IL 60068-1033
aty       +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
aty        Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
            Chicago, IL  60610
16162712   Advocate-Lutheran General Hospital,    PO BOX 73208,    Chicago, IL 60673-7208
17676940   American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16162713  +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
17623987 ++BANK OF AMERICA,    PO BOX 982234,    EL PASO TX 79998-2238
           (address filed with court:  FIA CARD SERVICES, N.A. successor,
             to Bank of America and MBNA America,    PO Box 15102,    Wilmington, DE 19886-5102)
16162714  +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16162716  +Bp/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16162717 ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
           (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
16162719 ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
            WILMINGTON DE 19801-2920
           (address filed with court:  Chase,    Po Box 1093,    Northridge, CA 91328)
17643558  +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16162721  +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
16162718  +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16162720  +Chase,    Po Box 71,    Phoenix, AZ 85001-0071
17665821   Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16162722  +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
16162723  +Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
16162724   Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
16162727 ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
            GRAND RAPIDS MI 49546-6253
           (address filed with court:  Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
16162726  +Fcnb/Mastertrust,    Po Box 3412,    Omaha, NE 68103-0412
16162730   Home Depot,    Processing Center,    Des Moines, IA 50364-0500
16162731  +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16162732  +Hsbc/Mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
19927541   Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
            Miami, FL 33131-1605
16162734  +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
16162735  +Ncb Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
16162737  +Okb  Trst,    One Vandenberg Center,    Grand Rapids, MI 49503-2407
17895352  +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
16162738  +Pnc Bank,    1001 S Washington St,    Naperville, IL 60540-7400
16162739  +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
16162740  +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16162741  +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
17636413   State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16162742  +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
16162743  +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
16162744  +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16162745  +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
17940445   WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
16162746  +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17640447   E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2013 02:53:43     Capital Recovery IV LLC,
            c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17595933   E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2013 02:57:06     Discover Bank,
            DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16162725  +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2013 02:57:06     Discover Fin SVCS LLC,
            PO BOX 15316,    Wilmington, DE 19850-5316
17877590    E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2013 02:58:54     GE Capital Retail Bank,
            c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16162728    E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2013 02:53:59     Gemb/Jcp,    Po Box 984100,
            El Paso, TX 79998
16162729   +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2013 02:56:33     Gemb/Old Navy,    Po Box 981400,
            El Paso, TX 79998-1400
16162733   +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2013 02:29:16     Kohls/Chase,
            N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16162736   +E-mail/Text: bankrup@aglresources.com Sep 04 2013 02:28:31     Nicor Gas,    1844 Ferry Road,
            Naperville, IL 60563-9600
19927542    E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2013 02:58:54
            Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
                                                                                              TOTAL: 9
```

```
District/off: 0752-1          User: mmyers              Page 2 of 2            Date Rcvd: Sep 03, 2013
                              Form ID: pdf006           Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Frank/Gecker LLP
16162715   ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
                                                                                         TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2013 at the address(es) listed below:
              Frances   Gecker    on behalf of Accountant    Alan D. Lasko & Associates, P.C. fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Frances   Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              George   Pecherek    on behalf of Joint Debtor Hanna   Komisaruk pechereklawfirm@aol.com
              George   Pecherek    on behalf of Debtor Bogdan   Komisaruk pechereklawfirm@aol.com
              Monette W Cope    on behalf of Creditor    PNC Bank, Successor in Interest to Mid America Bank FSB
               ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                              TOTAL: 7
```