# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOMISARUK, BOGDAN | § | Case No. 10-42182 |
| KOMISARUK, HANNA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| | Chase Po Box 71 Phoenix, AZ 85001 | | | | | |
| | Fifth Third Bank Fifth Third Center Cincinnati, OH 45263 | | | | | |
| | Ncb Ne Er 4661 E Main St Columbus, OH 43213 | | | | | |
| | Okb Trst One Vandenberg Center Grand Rapids, MI 49503 | | | | | |
| | Pnc Bank 1001 S Washington St Naperville, IL 60540 | | | | | |
| | Pnc Bank 1001 S Washington St Naperville, IL 60540 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate-Lutheran General Hospital PO BOX 73208 Chicago, IL 60673-7208 | | | | | |
| | Bp/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase 201 N Walnut St # De1-10 Wilmington, DE 19801 | | | | | |
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Consecofin 345 St Peter/900 Landmk Saint Paul, MN 55102 | | | | | |
| | Discover Fin SVCS LLC PO BOX 15316 Wilmington, DE 19850 | | | | | |
| | Fcnb/Mastertrust Po Box 3412 Omaha, NE 68103 | | | | | |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Old Navy Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Old Navy Po Box 981400 El Paso, TX 79998 | | | | | |
| | Home Depot Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/Mnrds 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Shell/Citi Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | | | | |
| | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | CAPITAL ONE,N.A | | | | | |
| 000004 | CAPITAL RECOVERY IV LLC | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. SUCCESSOR | | | | | |
| 000009 | GE CAPITAL RETAIL BANK | | | | | |
| 000010 | PNC BANK | | | | | |
| 000011 | PNC BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | PNC BANK | | | | | |
| 000003 | STATE FARM BANK | | | | | |
| 000013 | WORLD'S FOREMOST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-42182   CAD   Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | KOMISARUK, BOGDAN | Date Filed (f) or Converted (c): | 09/21/10 (f) |
| | KOMISARUK, HANNA | 341(a) Meeting Date: | 11/23/10 |
| For Period Ending: | 01/10/14 | Claims Bar Date: | 10/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. House Location: 2253 Parkside Dr, Park Ridge IL 60<br>    Debtor Claimed Exemption | 254,000.00 | 0.00 | | 0.00 | FA |
| 2. $800 in checking account Location: 7840 N. Milwauk | 800.00 | 800.00 | | 0.00 | FA |
| 3. Furniture valued at resale value Location: 2253 Pa | 300.00 | 300.00 | | 0.00 | FA |
| 4. Normal Clothes Location: 2253 Parkside Dr, Park Ri<br>    Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 5. Description: 2005 Toyota Tundra Location: 2253 Par<br>    Debtor Claimed Exemption | 9,500.00 | 0.00 | | 0.00 | FA |
| 6. Description: 2006 Toyota Rav 4 Location: 2253 Park<br>    Debtor Claimed Exemption | 15,000.00 | 11,700.00 | | 0.00 | FA |
| 7. FRAUDULENT TRANSFER (u) | 0.00 | 0.00 | | 20,000.00 | FA |
| 8. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.44 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $279,900.00 | $12,800.00 | | $20,000.44 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 10-42182    CAD    Judge: Carol A. Doyle |
| Case Name: | KOMISARUK, BOGDAN |
| | KOMISARUK, HANNA |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 09/21/10 (f) |
| 341(a) Meeting Date: | 11/23/10 |
| Claims Bar Date: | 10/24/11 |

DISTRIBUTION HAS BEEN MADE AND THE TRUSTEE WILL FILE A TDR ONCE ALL CHECKS HAVE CLEARED.

Initial Projected Date of Final Report (TFR): 06/01/12        Current Projected Date of Final Report (TFR): 06/15/13

/s/    Frances Gecker

_____ Date: _____

FRANCES GECKER

Page: 1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-42182 -CAD | |
| Case Name: | KOMISARUK, BOGDAN | |
| | KOMISARUK, HANNA | |
| Taxpayer ID No: | *******5633 | |
| For Period Ending: | 01/10/14 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******5346 MONEY MARKET | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/11 | 7 | Paul Komisaruk 2253 Parkside Dr. Park Ridge, IL 60068 | FRAUDULENT TRANSFER | 1241-000 | 5,000.00 | | 5,000.00 |
| 06/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.04 |
| 07/29/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.08 |
| 08/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,000.13 |
| 09/01/11 | 7 | Paul Komisaruk 2253 Parkside Dr. Park Ridge, IL 60068 | FRAUDULENT TRANSFER | 1241-000 | 5,000.00 | | 10,000.13 |
| 09/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 10,000.20 |
| 10/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.28 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,987.54 |
| 11/30/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,987.62 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,975.31 |
| 12/21/11 | 7 | Paul Komisaruk 2253 Parkside Dr. Park Ridge, IL 60068 | FRAUDULENT TRANSFER | 1241-000 | 5,000.00 | | 14,975.31 |

Page Subtotals     15,000.36     25.05

Ver: 17.04c

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-42182  -CAD | |
| Case Name: | KOMISARUK, BOGDAN | |
| | KOMISARUK, HANNA | |
| Taxpayer ID No: | *******5633 | |
| For Period Ending: | 01/10/14 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5346  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/11 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 14,975.39 |
| 12/29/11 | | Transfer to Acct #*******2566 | Bank Funds Transfer | 9999-000 | | 14,975.39 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 15,000.44 | 15,000.44 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 14,975.39 | |
| Subtotal | 15,000.44 | 25.05 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,000.44 | 25.05 | |

| | | |
|---|---|---|
| Page Subtotals | 0.08 | 14,975.39 |

Ver: 17.04c

Page:   3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-42182  -CAD | | Trustee Name: | Frances Gecker |
| Case Name: | KOMISARUK, BOGDAN | | Bank Name: | Congressional Bank |
| | KOMISARUK, HANNA | | Account Number / CD #: | *******2566  GENERAL CHECKING |
| Taxpayer ID No: | *******5633 | | | |
| For Period Ending: | 01/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5346 | Bank Funds Transfer | 9999-000 | 14,975.39 | | 14,975.39 |
| 02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND #016026455 2/1/12  TO 2/1/13 | 2300-000 | | 14.46 | 14,960.93 |
| 04/27/12 | 7 | PAUL KOMISARUK 2253 PARKSIDE DRIVE PARK RIDGE, IL   60068 | | 1241-000 | 5,000.00 | | 19,960.93 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 19,960.93 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,975.39 | 19,975.39 | 0.00 |
| Less:  Bank Transfers/CD's | 14,975.39 | 19,960.93 | |
| Subtotal | 5,000.00 | 14.46 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 14.46 | |

Page Subtotals       19,975.39       19,975.39

Ver: 17.04c

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-42182  -CAD | |
| Case Name: | KOMISARUK, BOGDAN | |
| | KOMISARUK, HANNA | |
| Taxpayer ID No: | *******5633 | |
| For Period Ending: | 01/10/14 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | Bank of New York Mellon | |
| Account Number / CD #: | *******7083  GENERAL CHECKING | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 19,960.93 | | 19,960.93 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | 18.01 | 19,942.92 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 16.26 | 19,926.66 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 29.62 | 19,897.04 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 28.62 | 19,868.42 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 29.54 | 19,838.88 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 28.54 | 19,810.34 |
| 10/03/13 | 010001 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 2,750.04 | 17,060.30 |
| 10/03/13 | 010002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | | | 3,791.32 | 13,268.98 |
| | | | Fees         3,760.00 | 3110-000 | | | |

Page Subtotals       19,960.93       6,691.95

Ver: 17.04c

FORM 2

Page:   5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-42182  -CAD |
| Case Name: | KOMISARUK, BOGDAN |
| | KOMISARUK, HANNA |
| Taxpayer ID No: | *******5633 |
| For Period Ending: | 01/10/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7083  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          31.32 | 3120-000 | | | |
| 10/03/13 | 010003 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other | | | 1,395.10 | 11,873.88 |
| | | | Fees            1,384.00 | 3410-000 | | | |
| | | | Expenses          11.10 | 3420-000 | | | |
| 10/03/13 | 010004 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 2.41% | 7100-000 | | 225.65 | 11,648.23 |
| 10/03/13 | 010005 | FIA CARD SERVICES, N.A. SUCCESSOR TO BANK OF AMERICA AND MBNA AMERICA PO BOX 15102 WILMINGTON, DE 19886-5102 | Claim 000002, Payment 2.41% | 7100-000 | | 131.23 | 11,517.00 |
| 10/03/13 | 010006 | STATE FARM BANK C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000003, Payment 2.41% | 7100-000 | | 186.59 | 11,330.41 |
| 10/03/13 | 010007 | CAPITAL RECOVERY IV LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 | Claim 000004, Payment 2.41% | 7100-000 | | 42.07 | 11,288.34 |

Page Subtotals          0.00          1,980.64

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-42182  -CAD |
| Case Name: | KOMISARUK, BOGDAN |
| | KOMISARUK, HANNA |
| Taxpayer ID No: | *******5633 |
| For Period Ending: | 01/10/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7083  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MIAMI FL 33131-1605 | | | | | |
| 10/03/13 | 010008 | United States Bankruptcy Court 219 South Dearborn Courtroom 742 Chicago, IL  60604 | Claim 000005, Payment 2.41% CAPITAL ONE,N.A C/O CREDITORS BANKRUPTCY SERVICE P O BOX 740933 DALLAS,TX 75374 | 7100-000 | | 2.97 | 11,285.37 |
| 10/03/13 | 010009 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000006, Payment 2.41% | 7100-000 | | 153.67 | 11,131.70 |
| 10/03/13 | 010010 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000007, Payment 2.41% | 7100-000 | | 78.56 | 11,053.14 |
| 10/03/13 | 010011 | AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Claim 000008, Payment 2.41% | 7100-000 | | 64.34 | 10,988.80 |
| 10/03/13 | 010012 | GE CAPITAL RETAIL BANK C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Claim 000009, Payment 2.41% | 7100-000 | | 6.38 | 10,982.42 |
| 10/03/13 | 010013 | PNC BANK PO BOX 94982 | Claim 000010, Payment 2.41% | 7100-000 | | 122.30 | 10,860.12 |

Page Subtotals        0.00        428.22

Ver: 17.04c

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-42182  -CAD | |
| Case Name: | KOMISARUK, BOGDAN | |
| | KOMISARUK, HANNA | |
| Taxpayer ID No: | *******5633 | |
| For Period Ending: | 01/10/14 | |

| | | |
|---|---|---|
| Trustee Name: | | Frances Gecker |
| Bank Name: | | Bank of New York Mellon |
| Account Number / CD #: | | *******7083  GENERAL CHECKING |
| Blanket Bond (per case limit): | | $ 5,000,000.00 |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CLEVELAND, OH 44101 | | | | | |
| 10/03/13 | 010014 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | Claim 000011, Payment 2.41% | 7100-000 | | 218.97 | 10,641.15 |
| 10/03/13 | 010015 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | Claim 000012, Payment 2.41% | 7100-000 | | 10,455.39 | 185.76 |
| 10/03/13 | 010016 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 | Claim 000013, Payment 2.41% | 7100-000 | | 185.76 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 19,960.93 | 19,960.93 | 0.00 |
| Less:  Bank Transfers/CD's | 19,960.93 | 0.00 | |
| Subtotal | 0.00 | 19,960.93 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,960.93 | |

| | | | |
|---|---|---|---|
| | | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| MONEY MARKET - *******5346 | 15,000.44 | 25.05 | 0.00 |
| GENERAL CHECKING - *******2566 | 5,000.00 | 14.46 | 0.00 |
| GENERAL CHECKING - *******7083 | 0.00 | 19,960.93 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 20,000.44 | 20,000.44 | 0.00 |
| | =========== | =========== | =========== |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals       0.00       10,860.12

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-42182  -CAD |
|---|---|
| Case Name: | KOMISARUK, BOGDAN |
| | KOMISARUK, HANNA |
| Taxpayer ID No: | *******5633 |
| For Period Ending: | 01/10/14 |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7083  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********5346 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********2566 | | | | |
| | | | GENERAL CHECKING - ********7083 | | | | |

Frances Gecker, Trustee

                    /s/      Frances Gecker

Trustee's Signature: _____   Date: 01/10/14
                    FRANCES GECKER

Page Subtotals              0.00              0.00

Ver: 17.04c